JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| ILLUSIONS INTERNATIONAL, INC., a Canadian corporation,<br><br>        Plaintiff,<br>   v.<br><br>WALGREEN CO., INC., an Illinois corporation; WALGREEN NATIONAL CORPORATION, an Illinois corporation; ROBERTSON SCHWARTZ AGENCY, LLC., a California limited liability company; PURE ALLURE, INC. a California corporation,<br><br>        Defendants.<br>_____<br>PURE ALLURE, INC. a California corporation,<br><br>        Counterclaimant,<br>   v.<br><br>ILLUSIONS, INTERNATIONAL, INC., a Canadian corporation,<br><br>        Counterdefendant.<br>_____ | Case No. SACV-07-494 JVS (RNBx)<br><br>**FINAL JUDGMENT** |

      The Court, having granted the motion of defendants ROBERTSON SCHWARTZ AGENCY, LLC, WALGREEN CO., INC., and WALGREEN NATIONAL CORPORATION for summary judgment as to claims 1-2 (federal trademark infringement and false designation of origin/federal unfair competition) and claims

5-7 of the complaint (related state claims) and plaintiff having voluntarily dismissed its claims 3 and 4 for (trademark dilution and trade dress infringement);

IT IS ORDERED, ADJUDGED AND DECREED:

    1.    Defendants ROBERTSON SCHWARTZ AGENCY, LLC, WALGREEN CO., INC., and WALGREEN NATIONAL CORPORATION are awarded judgment on the merits on claims 1-2 and claims 5-7, and plaintiff shall recover nothing thereon;

    2.    Claims 3 and 4 are dismissed with prejudice.

    3.    Such defendants are the prevailing parties, and are awarded their costs.

Date: August 04, 2008

    James V. Selna
    United States District Judge

Presented by:

Dennis G. Martin
Willmore F. Holbrow
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
12400 Wilshire Boulevard, Suite 700
Los Angeles, California 90025
Attorneys for Defendants
WALGREEN CO., WALGREEN NATIONAL CORPORATION and ROBERTSON SCHWARTZ AGENCY